Case No.  11-x-CIV-Altonaga

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-61618-BLOOM/VALLE

**HOWARD COHAN**,

    Plaintiff,

v.

**TOOJAY'S CORAL SPRINGS, L.L.C.**,
*d/b/a* TOOJAY'S ORIGINAL GOURMET DELI,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [12], filed on October 1, 2015, reporting that the parties have reached a resolution of all matters pursuant to a Confidential Settlement Agreement (the "Agreement"). Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The parties' Stipulation of Dismissal, **ECF No. [12]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own attorney's fees and costs.
3. The Court shall retain jurisdiction to enforce the terms of the Agreement.
4. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2015.



_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

1